# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CONDON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TAMARA KABBAN-MILLER, Warden,<br><br>　　　　　Respondent. | 1:13-cv-00792 GSA HC<br><br>ORDER GRANTING MOTION TO LIFT STAY<br><br>ORDER DIRECTING CLERK OF COURT TO LIFT STAY<br><br>ORDER GRANTING PETITIONER LEAVE TO FILE SECOND AMENDED PETITION<br><br>(THIRTY DAY DEADLINE) |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. She has consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

　　　　On July 25, 2013, the Court granted Petitioner's motion to stay the petition and hold it in abeyance while Petitioner returned to state court to exhaust her state remedies. On March 18, 2014, Petitioner notified the Court that exhaustion had been completed. She now moves to lift the stay and file an amended petition to present her newly exhausted claims. Good cause having been presented and good cause appearing therefor, Petitioner's motion will be granted.

///

///

1

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion to lift the stay is GRANTED;

2) The Clerk of Court is DIRECTED to lift the stay; and

3) Petitioner is GRANTED thirty (30) days from the date of service of this Order to file a second amended petition.


IT IS SO ORDERED.

Dated:   **March 26, 2014**                    **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE