# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CONDON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KIMBERLY HUGHES,<br><br>　　　　Respondent. | Case No.  1:13-cv-00792-GSA-HC<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED<br><br>(ECF Nos. 29, 30, 38) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  She has consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

On May 8, 2014, this Court ordered Respondent to complete and return to the Court within thirty (30) days a Consent/Decline form indicating whether Respondent consents or declines to consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  Respondent failed to complete and return the Consent/Decline form.  On August 18, 2014, this Court again ordered Respondent to complete and return to the Court within thirty (30) days a Consent/Decline form.  Over thirty (30) days have passed and Respondent has failed to file her Consent/Decline form.

Local Rule 110 provides that "a failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of

1  any and all sanctions . . . within the inherent power of the Court."

2     Accordingly, it is HEREBY ORDERED within thirty (30) days of service of this order, to
3  SHOW CAUSE why appropriate sanctions should not be imposed for failing to obey a court
4  order.

IT IS SO ORDERED.

Dated:   **October 2, 2014**              /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE