# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CONDON,<br><br>    Petitioner,<br><br>    v.<br><br>KIMBERLY HUGHES,<br><br>    Respondent. | 1:13-cv-00792-GSA-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 43) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

Petition filed the instant Petition on April 5, 2013. By order on May 8, 2014, the Court directed Respondent to complete and return to the Court within thirty (30) days a Consent/Decline form indicating whether Respondent consents or declines to consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Respondent failed to complete and return the Consent/Decline form. On August 18, 2014, this Court again ordered Respondent to complete and return to the Court within thirty (30) days a Consent/Decline form. Therefore, on October 3, 2014, the Court issued an order to show cause why sanctions should not be imposed for failing to obey a court order. On November 3, 2014, Deputy Attorney General Mark Johnson filed a response indicating that his health has dramatically deteriorated over the past few months. On November 3, 2014, Respondent filed a

completed Consent/Decline form.

God cause having been shown, the Court will discharge the pending order to show cause issued on October 3, 2014.

Accordingly, it is HEREBY ORDRED that the order to show cause issued October 3, 2014, is DISCHARGED.

IT IS SO ORDERED.

Dated:   **November 4, 2014**               **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE