# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CONDON,<br><br>    Petitioner,<br><br>    v.<br><br>KIMBERLY HUGHES,<br><br>    Respondent. | 1:13-cv-00792-GSA-HC<br><br>ORDER DIRECTING RESPONDENT TO LODGE THE TUOLUMNE COUNTY SUPERIOR COURT ORDER ON PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

    On April 23, 2014, Petitioner filed her second amended petition for writ of habeas corpus in this Court. On May 29, 2014, the Court ordered Respondent to file a response to the second amended petition within sixty (60) days of the date of service of the order. On August 15, 2014, Respondent filed her answer to the Petition. On September 24, 2014, Respondent lodged documents pertaining to Petitioner's state case, appeal, and post-conviction proceedings. Upon a review of the lodged documents, the Court notes that it does not have a copy of the Tuolumne County Superior Court's denial of Petitioner's petition for writ of habeas corpus. As lodged document number six (6), Respondent submitted the Riverside County Superior Court's order transferring Petitioner's petition for writ of habeas corpus to Tuolumne County. However, Respondent did not lodge the Tuolumne County Superior Court's order denying the petition for

writ of habeas corpus. Respondent does reference the Tuolumne County Superior Court's order in the answer. Petitioner also has not provided a copy of the Tuolumne County Superior Court's order with any of her filings.

Accordingly, it is HEREBY ORDERED that Respondent is DIRECTED to lodge with this Court within **TEN (10) days** of the date of service of this Order the Tuolumne County Superior Court order on Petitioner's petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:   **February 12, 2015**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE