# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CONDON, | 1:13-cv-00792-GSA-HC |
| Petitioner, | ORDER REGARDING PETITIONER'S MOTION TO AMEND PETITION TO NAME PROPER RESPONDENT AND FOR CLARIFICATION |
| v. | |
| A.W. COX, | (ECF No. 51) |
| Respondent. | ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On February 27, 2015, Petitioner filed a motion to amend the petition to name the proper respondent. On November 12, 2014, Petitioner notified the Court that she had been transferred from California Institution for Women (CIW) in Corona, California to Folsom Women's Facility (FWF) in Represa, California. In her motion to amend the petition to name the proper respondent, Petitioner states that the current warden of F.W.F. is A.W. Cox. As A.W. Cox is the state officer who currently has custody of Petitioner, she is the proper Respondent in this action.

Upon a review of the record, the Court notes that it does have a copy of the Tuolumne County Superior Court's order denying Petitioner's petition for writ of habeas corpus. Petitioner submitted a copy of the Tuolumne County Superior Court's order denying her habeas petition as part of her August 22, 2013, status report. (ECF No. 18). Therefore, the Court does not need

1  another copy of this order.

2  Accordingly, Petitioner's motion to amend the petition is GRANTED, and the Clerk of
3  Court is DIRECTED to change the name of Respondent to A.W. Cox.

IT IS SO ORDERED.

Dated:  **March 2, 2015**                         /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE