# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CONDON,<br><br>    Petitioner,<br><br>    v.<br><br>KIMBERLY HUGHES,<br><br>    Respondent. | Case No. 1:13-cv-00792-EPG-HC<br><br>ORDER CONFIRMING RECEIPT OF SEALED SEARCH WARRANT AFFIDAVIT<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF No. 71) |

Petitioner is a state prisoner, represented by counsel, proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 3, 2016, the Tuolumne County Superior Court ordered that sealed portions of a search warrant affidavit be forwarded under seal to the undersigned in this matter. On April 4, 2016, Petitioner filed the instant motion wherein she requests confirmation that the undersigned received the sealed document. (ECF No. 71). In the event the affiants are Matthew Klunis and Kyna Kulp, Petitioner further requests that the sealed document be provided to counsel under protective order so that Petitioner may file further pleadings in support of her claim of ineffective assistance of counsel. (Id.).

The Court confirms that a sealed document from the Tuolumne County Superior Court was received on March 7, 2016. With respect to Petitioner's request to provide the sealed document to counsel under protective order, the Court HEREBY ORDERS that Respondent shall file an opposition or statement of non-opposition within twenty-one (21) days of the date of

1

1 service of Petitioner's request. Any reply to an opposition shall be filed within seven (7) days of
2 the date of service of the opposition. See Local Rule 230(l).

IT IS SO ORDERED.

    Dated:  **April 6, 2016**          /s/ Eric P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE