# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. CONDON,<br><br>    Petitioner,<br><br>    v.<br><br>KIMBERLY HUGHES,<br><br>    Respondent. | Case No. 1:13-cv-00792-EPG-HC<br><br>ORDER DIRECTING PETITIONER TO FILE EXHIBITS TO SUPPLEMENTAL TRAVERSE |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 19, 2016, Petitioner filed a supplemental traverse, which stated that the search warrant probable cause statement and police report were attached as exhibits. (ECF No. 65). However, no exhibits were attached to the supplemental traverse.

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of this order, Petitioner SHALL FILE with the Court the search warrant probable cause statement and police report.

IT IS SO ORDERED.

Dated:  **May 13, 2016**                    /s/ *Erica P. Grosjean*
                                            UNITED STATES MAGISTRATE JUDGE

1