# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. CONDON,<br><br>       Petitioner,<br><br>  v.<br><br>KIMBERLY HUGHES,<br><br>       Respondent. | Case No. 1:13-cv-00792-EPG-HC<br><br>ORDER DIRECTING CLERK'S OFFICE TO RETURN SEALED SEARCH WARRANT AFFIDAVIT TO TUOLUMNE COUNTY SUPERIOR COURT |

On March 3, 2016, the Tuolumne County Superior Court ordered that Exhibit B to Search Warrant No. CRS 34562 be forwarded under seal to the undersigned in this matter and be returned to Tuolumne County Superior Court after this Court completed its evaluation. (Doc. No. 80).

Accordingly, the COURT HEREBY DIRECTS the Clerk's Office to mail Exhibit B to Search Warrant No. CRS 34562 (Doc. No. 81) along with a copy of the Tuolumne County Superior Court's order (Doc. No. 80) to the following address:

    Tami Kearney, Court Operations Manager
    Tuolumne County Superior Court
    60 North Washington Street
    Sonora, CA 95370

IT IS SO ORDERED.

Dated: **March 1, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE